# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 22-CR-00218-01-SRB |
| v. ) | |
| ) | |
| MICHAEL R. SMITH, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge W. Brian Gaddy's Report and Recommendation. (Doc. #27.) The Report and Recommendation recommended that Defendant Michael R. Smith, Jr. is competent to proceed in this case. No party has timely filed a response or opposition to the Report and Recommendation.

After an independent review of the record and applicable law, the Court hereby ADOPTS Magistrate Judge W. Brian Gaddy's Report and Recommendation. It is hereby ORDERED that Defendant Michael R. Smith, Jr. is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: March 17, 2023